EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Florence.Nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00368 DAE |
| | ) | CR. NO. 05-00244 DAE |
| Plaintiff, | ) | |
| | ) | SENTENCING STATEMENT OF THE |
| vs. | ) | UNITED STATES |
| | ) | |
| PETER POSANG WONG, | ) | Date:    February 21, 2006 |
| | ) | Judge:   David A. Ezra |
| Defendant. | ) | |
| _____ | ) | |

SENTENCING STATEMENT OF THE UNITED STATES

      The United States has no comments or objections to the draft presentence report.

      DATED:  January 10, 2006, at Honolulu, Hawaii.

      EDWARD H. KUBO, JR.
      United States Attorney
      District of Hawaii


      By /s/ Florence T. Nakakuni
         FLORENCE T. NAKAKUNI
         Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| SAMUEL P. KING, JR., Esq.<br>735 Bishop Street, Suite 304<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>PETER POSANG WONG | January 10, 2006 |

Served by hand delivery:

| | |
|---|---|
| U. S. PROBATION OFFICE<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii | January 10, 2006 |

    /s/ Patricia L. Redondo