EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  florence.nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00244 DAE |
| | ) | 03-00368 DAE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING DATE |
| vs. | ) | |
| | ) | |
| PETER POSANG WONG, | ) | |
| | ) | OLD SENTENCING DATE:  06/23/06 |
| Defendant. | ) | NEW SENTENCING DATE:  11/27/06 |
| _____ | ) | |

STIPULATION AND ORDER CONTINUING SENTENCING DATE

        IT IS HEREBY AGREED AND STIPULATED by and between

plaintiff United States of America and defendant Peter Posang

Wong, through their respective undersigned counsel, that the

sentencing date for defendant Peter Posang Wong be continued from June 23, 2006 until November 27, 2006, at 1:30 p.m. before Judge David A. Ezra.

DATED:  July ___, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Florence T. Nakakuni
By_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

/s/ Samuel P. King, Jr.
_____
SAMUEL P. KING, JR., ESQ.
Attorney for Defendant
PETER POSANG WONG

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, July 19, 2006.



_____
David Alan Ezra
United States District Judge

USA v. Peter Posang Wong
Cr. No. 05-00244 DAE; 03-00368 DAE
"Stipulation and Order Continuing Sentencing Date"