EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  florence.nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00244 DAE |
| | ) | 03-00368 DAE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING DATE |
| vs. | ) | |
| | ) | |
| PETER POSANG WONG, | ) | |
| | ) | OLD SENTENCING DATE: 11/27/06 |
| Defendant. | ) | NEW SENTENCING DATE: 03/29/06 |
| _____ | ) | |


STIPULATION AND ORDER CONTINUING SENTENCING DATE

IT IS HEREBY AGREED AND STIPULATED by and between plaintiff United States of America and defendant Peter Posang Wong, through their respective undersigned counsel, that the

sentencing date for defendant Peter Posang Wong be continued from November 27, 2006, at 1:30 p.m. until March 29, 2007, at 8:30 a.m. before Judge David A. Ezra.

    DATED:  December 12, 2006, at Honolulu, Hawaii.

    EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Florence T. Nakakuni
By_____
  FLORENCE T. NAKAKUNI
  Assistant U.S. Attorney

/s/ Samuel P. King, Jr.
_____
SAMUEL P. KING, JR., ESQ.
Attorney for Defendant
  PETER POSANG WONG

APPROVED AND SO ORDERED:
DATED: HONOLULU, HAWAII, December 15, 2006



_____
David Alan Ezra
United States District Judge

USA v. Peter Posang Wong, Cr. No. 05-00244 DAE; 03-00368 DAE
"Stipulation and Order Continuing Sentencing Date"