EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Florence.Nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00368 DAE |
| | ) | CR. NO. 05-00244 DAE |
| Plaintiff, | ) | |
| | ) | SENTENCING STIPULATION AND |
| vs. | ) | ORDER |
| | ) | |
| PETER POSANG WONG, | ) | Sentencing date:  4/27/2007 |
| | ) | Time:  1:30 p.m. |
| Defendant. | ) | Judge:  David A. Ezra |

<u>SENTENCING STIPULATION AND ORDER</u>

The United States of America and the Defendant, Peter
Posang Wong, by and through their respective attorneys, hereby
agree and stipulate, for the purposes of Defendant's sentencing
to the following:

1.  The loss amount shall be credited in the amount of
$10,008,968.00 for assets seized by the State of Hawaii Insurance
Commissioner when PGMA (Pacific Group Medical Association) was
shut down by the Insurance Commissioner.

2.    Seized assets have been distributed by the Insurance Commissioner in his capacity as Liquidator and Trustee of the PGMA Liquidating Trust, as partial payment to victims, that is, those persons whose claims were not paid by PGMA.

DATED:    April 24, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Florence T. Nakakuni
By_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

/s/ Samuel P. King, Jr.
_____
SAMUEL P. KING, JR.
Attorney for Defendant
PETER POSANG WONG

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, April 27, 2007.

_____
David Alan Ezra
United States District Judge

United States v. Peter Posang Wong
Cr. Nos. 03-00368 DAE and 05-00224 DAE
Sentencing Stipulation and Order