SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Attorney for Defendant

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 15 2007

at 10 o'clock and 40 min. A M
SUE BEITIA, CLERK

LODGED

JUN 14 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 03-00368-001 DAE |
| vs. | ) 18 USC 1033(a) |
| PETER POSANG WONG, | ) STIPULATION TO CONTINUE SELF-SURRENDER DATE |

STIPULATION TO CONTINUE SELF-SURRENDER DATE

WHEREAS Defendant was ordered to self-surrender at a facility designated by the Federal Bureau of Prisons on June 18, 2007; and

WHEREAS Defendant has not yet been designated (as of June 8, 2007); and

WHEREAS it has been suggested to Defendant that he seek a 30 day continuance on his self-surrender date pending designation by BOP.

NOW THEREFORE, the UNITED STATES OF AMERICA and Defendant, through their respective undersigned counsel, hereby stipulate, with approval of the Court, that Defendant's self-surrender date at the facility designated for Defendant by the Federal Bureau of Prisons be extended from June 18, 2007, to ___July 18___, 2007, at 2:00 p.m. local time at the designated facility.

DATED: Honolulu, Hawaii, ___June 15___, 2007.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

_____
ASSISTANT UNITED STATES ATTORNEY

_____
SAMUEL P. KING, JR.
Attorney for Defendant