JUN-18-2007 15:42   NG & KING                808 533 4745   P.01/01

SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 15 2007

at 10 o'clock and 40 min. A M
SUE BEITIA, CLERK

**LODGED**

JUN 14 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

CC'd Financial

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 03-00368-001 DAE |
| vs. | ) 18 USC 1033(a) |
| PETER POSANG WONG, | ) STIPULATION TO CONTINUE SELF-<br>) SURRENDER DATE |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 14 2007

at 10 o'clock and 44 min. a M.
SUE BEITIA, CLERK

### STIPULATION TO CONTINUE SELF-SURRENDER DATE

WHEREAS Defendant was ordered to self-surrender at a facility designated by the Federal Bureau of Prisons on June 18, 2007; and

WHEREAS Defendant has not yet been designated (as of June 8, 2007); and

WHEREAS it has been suggested to Defendant that he seek a 30 day continuance on his self-surrender date pending designation by BOP.

NOW THEREFORE, the UNITED STATES OF AMERICA and Defendant, through their respective undersigned counsel, hereby stipulate, with approval of the Court, that Defendant's self-surrender date at the facility designated for Defendant by the Federal Bureau of Prisons be extended from June 18, 2007, to _____July 18_____, 2007, at 2:00 p.m. local time at the designated facility.

DATED: Honolulu, Hawaii, _____June 15_____, 2007.

APPROVED AND SO ORDERED:

**DAVID ALAN EZRA**
_____
UNITED STATES DISTRICT JUDGE

_____
ASSISTANT UNITED STATES ATTORNEY

_____
SAMUEL P. KING, JR.
Attorney for Defendant

RECEIVED
18 JUN 2007
Colleen // S. King ofc

Defendant Delivered on 07-17-07 to FCI TRV
@ 1299 Seaside Ave with a certified copy of this judgement
T. Barry, USM

TOTAL P.01

```
** JOB STATUS REPORT **                AS OF  JUL 20 2007 11:14    PAGE.01
                                                  US MARSHALS HAWAII
    JOB #124
         DATE  TIME      TO/FROM         MODE   MIN/SEC   PGS    STATUS
    001  7/20  11:12    913107325335     EC--S   01'42"   007     OK
```



# UNITED STATES MARSHALS SERVICE

DISTRICT OF HAWAII
300 Ala Moana Blvd. C101
POST OFFICE BOX 50184
HONOLULU, HAWAII 96850

OFFICE TELEPHONE: 808-541-3000   FAX: 808-541-3056

TO: Karen Boyd-Records
ORGANIZATION: FCI Terminal Island
PHONE NO.: 310-831-8961   FAX NO.: 310-732-5335
FROM: Rose Magno
DATE: 7/20/07   PAGES: 6 (EXCLUDING COVER PAGE)

COMMENTS: Please execute the Judgment for PETER POSANG WONG #89338-022 and fax it back to me at 808-541-3056.

Thanks.

WARNING: Information attached to this cover sheet is U.S. Government property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18 USC 641). Please notify the originator or local USMS office immediately to arrange for proper disposition. NOTE: THIS FAX COVER PAGE SHOULD NOT BE USED TO FAX CLASSIFIED INFORMATION.

PRECEDENCE:     ☐ IMMEDIATE    ☐ PRIORITY      ☐ ROUTINE
CLASSIFICATION: ☐ SENSITIVE    ☐ NON-SENSITIVE

** TOTAL PAGE.01 **